Ronald I. PAUL, Plaintiff-Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF TRANSPORTATIONS; Paul D. de Holczer, individually and as a partner of the law firm of Moses, Koon & Brackett, PC; Michael H. Quinn, individually and as senior lawyer of Quinn Law Firm, LLC; Oscar K. Rucker, in his individual capacity as Director, Rights of Way South Carolina Department of Transportation; Macie M. Gresham, in her individual capacity as Eastern Region Right of Way Program Manager South Carolina Department of Transportation; Natalie J. Moore, in her individual capacity as Assistant Chief Counsel, South Carolina Department of Transportation; J. Charles Ormond, Jr., individually and as partner of the Law Firm of Holler, Dennis, Corbett, Ormond, Plante & Garner, Defendants-Appellees.

No. 17-1057

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2017

Decided: June 8, 2017

Ronald I. Paul, Appellant Pro Se.

Before GREGORY, Chief Judge, and
MOTZ and DIAZ, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ronald I. Paul appeals the district
court's order accepting the recommenda-
tion of the magistrate judge, dismissing
without prejudice his 42 U.S.C. § 1983
(2012) complaint, and imposing a prefiling
injunction against him. Paul also appeals
the court's order denying his Fed. R. Civ.
P. 59(e) motion for reconsideration. We
have reviewed the record and find no re-
versible error in either order. Accordingly,
we affirm for the reasons stated by the
district court. *Paul v. S.C. Dep't of
Transp.*, No. 3:16-cv-01727-CMC, 2016 WL
6594908, 2017 WL 104132 (D.S.C. Nov. 8,
2016 & Jan. 11, 2017). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

*AFFIRMED*